# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

147575(19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

TARGET CORPORATION,
        Petitioner-Appellee,

v

STATE TAX COMMISSION and
CHARLESTON TOWNSHIP,
        Respondents-Appellants.

SC: 147575
COA: 312045
Ct of Claims: 11-001392-AA

_____/

        On order of the Court, the motion for reconsideration of this Court's January 29, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



h0421

        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk